UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS EDUARDO LOPEZ XAR, individually
and on behalf of others similarly situated,

Plaintiffs,

-against-

79 GOURMET DELI INC. (d/b/a YORK
DELI), and ALI SUBJAN,

Defendants.

Case No. 1:25-cv-10775 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court has been advised that, following mediation, the parties have reached

agreement on all claims asserted herein.  *See* Dkt. 17.  Accordingly, by **July 8, 2026**, the parties

shall submit a joint letter to this Court clarifying whether they intend to resolve this matter

through an offer of judgment and acceptance pursuant to *Mei Xing Yu v. Hasaki Rest., Inc.*, 944

F.3d 395, 398 (2d Cir. 2019), or through submission of a settlement agreement for the Court's

approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).  The

parties' letter should also provide an estimate of the time needed to complete and file their

submission.

Dated:  June 30, 2026
         New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge