**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

LUIS EDUARDO LOPEZ XAR, *individually and on behalf of others similarly situated,*

*Plaintiff,*

-against-

79 GOURMET DELI INC. (D/B/A YORK DELI), and ALI SUBJAN,

*Defendants,*

----------------------------------------------------------------X

Civil Action No.: 1:25-cv-10775-JLR

~~**[Proposed Form Of]**~~
**JUDGMENT**

**JUDGMENT**

On August 10, 2026, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, Luis Eduardo Lopez Xar, has judgment against 79 Gourmet Deli Inc. (d/b/a York Deli) and Ali Subjan, jointly and severally, in the amount of Thirty One-Thousand Dollars and No Cents ($31,000.00), which is inclusive of attorneys' fees and costs.

Dated: August 17, 2026

Jennifer Rochon
Judge Jennifer L. Rochon
United States District Judge